Benjamin M. O'Donnell (SBN: 309119)
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FATIMA WACHUKU | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CV-1061-AS |
| v. | |
| JETBLUE AIRWAYS CORPORATION, a Delaware corporation | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rose, Mark W.
*Applicant's Name (Last Name, First Name & Middle Initial*

206-381-5949       206-447-9206
*Telephone Number*    *Fax Number*

mark@sheridanlawfirm.com
*E-Mail Address*

of

The Sheridan Law Firm, P.S.
705 Second Avenue, Suite 1200
Seattle, WA 98104

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Fatima Wachuku

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

O'Donnell, Benjamin M.
*Designee's Name (Last Name, First Name & Middle Initial*

309119       323-938-3000    323-937-9139
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

bodonnell@gslaw.com
*E-Mail Address*

of

Gilbert & Sackman
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 10, 2020**

/s/
**Honorable Alka Sagar
United States Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1