UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-1061 VAP (PVCx)                                          Date:  March 19, 2021

Title        Fatima Wachuku v. Jet Blue Airways Corporation

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER SETTING INFORMAL TELEPHONIC DISCOVERY CONFERENCE FOR MARCH 25, 2021 AT 10:30 A.M.**

Plaintiff has requested an informal telephonic discovery conference to obtain the Court's assistance in resolving the parties' difficulties in scheduling the pre-filing conference of counsel mandated by Local Rule 37-1 for discovery disputes. Plaintiff's counsel sent a letter to opposing counsel on March 5, 2021 outlining Plaintiff's objections to Defendant's discovery responses. Defendant's counsel state that they have not yet had the opportunity to engage in a meaningful review of Plaintiff's objections to the disputed discovery responses with their client, but can commit to doing so by Thursday, March 25, 2021. Discovery closes in this matter on June 14, 2021.

The Request is granted. The Court sets an informal telephonic discovery conference for March 25, 2021 at 10:30 a.m. The Courtroom Deputy Clerk will email dial-in information to counsel prior to the conference. Counsel are ordered to appear.

The Court strongly encourages the parties to continue their negotiations without Court assistance. The Court reminds counsel that pursuant to Rule 37-1,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-1061 VAP (PVCx)                                    Date:  March 19, 2021

Title       Fatima Wachuku v. Jet Blue Airways Corporation

> **Unless relieved by written order of the Court upon good cause shown, counsel for the opposing party must confer with counsel for the moving party within <u>ten days</u> after the moving party serves a letter requesting such conference.**

L.R. 37-1 (emphasis added).  While the Court appreciates the parties' efforts to accommodate busy schedules, it admonishes the parties that they are not relieved of their obligations under Rule 37-1 absent leave of court upon a showing of good cause.

The Court further reminds the parties that pursuant to L.R. 37-2.4, a moving party need not file a discovery motion by Joint Stipulation where opposing counsel:

> **(a) failed to confer in a timely manner under L.R. 37-1**; (b) failed to provide the opposing party's portion of the joint stipulation in a timely manner under L.R. 37-2.2; or (c) refused to sign and return the joint stipulation after the opposing party's portion was added.

L.R. 37-2.4 (emphasis added).  If any of these conditions apply, the moving party may file a discovery motion under Local Rule 7, accompanied by a declaration documenting opposing counsel's failure to adhere to the procedures in the Local Rules.

Finally, the Court cautions the parties that Rule 37 specifically provides that "[t]he failure of any counsel to comply with or cooperate in the foregoing procedures may result in the imposition of sanctions."  L.R. 37-4.  If the parties resolve their differences prior to the scheduled informal telephonic discovery conference, or if Plaintiff elects to proceed under Local Rule 7, Plaintiff is ORDERED to email the Courtroom Deputy Clerk, copying opposing counsel, to notify the Court that the conference is no longer necessary.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |